UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| WANG,<br><br>    Plaintiff,<br><br> v.<br><br>BARDINI ET AL,<br><br>    Defendant. | CASE NO. 2:24-cv-00863-JNW<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS CASE |
|---|---|

The parties have moved to dismiss this case under Federal Rule of Civil Procedure 41(a), Dkt. No. 6. That rule expressly states that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Nevertheless, the Court GRANTS the motion, Dkt. No. 6, and directs the Clerk to CLOSE this case.

Dated this 28th day of August, 2024.

                *Jamal W.*
                Jamal N. Whitehead
                United States District Judge

**ORDER** GRANTING STIPULATED MOTION TO DISMISS CASE - 1